IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                         Case No.  3:15cr11/MCR

JOHN WESLEY SIRMANS
_____

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to Count I of the Indictment.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense.  I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudicated guilty and have sentence imposed accordingly.


Dated: March 31, 2015              /s/ *Elizabeth M. Timothy*
                                   **ELIZABETH M. TIMOTHY**
                                   **CHIEF UNITED STATES MAGISTRATE JUDGE**

**NOTICE**

Any objections to these proposed findings and recommendations must be filed within twenty four (24) hours after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* **28 U.S.C. § 636;** United States v. Roberts**, 858 F.2d 698, 701 (11th Cir. 1988).**